UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA A. BERNARD,<br><br>        Plaintiff,<br><br>   v.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>        Defendant. | No.  2:25-cv-00511-DAD-CSK (PS)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING IN PART AND DENYING IN PART DEFENDANT'S MOTION TO DISMISS WITH LEAVE TO AMEND<br><br>(Doc. Nos. 5, 15) |

Plaintiff Debra A. Bernard is proceeding pro se in this civil action which she initiated in January 2025, by filing her complaint in the Sacramento County Superior Court.  (Doc. No. 1–2.) The action was removed to this federal court by defendant on February 12, 2025.  (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 18, 2025, the assigned magistrate judge issued findings and recommendations recommending that defendant's motion to dismiss (Doc. No. 15) be granted in part and denied in part with plaintiff being granted leave to amend.  (Doc. No. 15.)  Specifically, the magistrate judge concluded that plaintiff had failed to meet her burden of showing that service of her complaint on defendant was proper, that her claims brought under the California Homeowner Bill

1

of Rights and 12 C.F.R. § 1024.41(g) were not cognizable an should be dismissed with prejudice, that the complaint failed to state cognizable claims for violation of California Civil Code § 2924.17, the Real Estate Settlement Procedures Act (RESPA)(12 U.S.C. § 2605(e), the Fair Debt Collection Practices Act (FDCPA), and state law claims for breach of contract and fraudulent misrepresentation under state law but as to these latter claims dismissal should be granted with leave to amend.  (*Id.* at 7–17.)  Finally, it was recommended that defendant's motion to dismiss on the ground that plaintiff had failed name an indispensable party (the purchaser of the property) be denied without prejudice due to defendant's insufficient showing in this regard.  (*Id.* at 17.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 20.)  To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on August 18, 2025 (Doc. No. 15) are adopted in full;

2. Defendant's motion to dismiss (Doc. No. 5) is granted in part and denied in part as recommended in the pending findings and recommendations; and

3. This matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **March 13, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE