

United States District Court
Eastern District of California

DEBRA A. BERNARD, Individually, and
as Trustee of the DREWLOVE REVOCABLE
LIVING TRUST dated 7/7/2018

Plaintiff(s)

Case Number:   2:25-cv-00511-DAD-CSK

V.

FREEDOM MORTGAGE CORPORATION

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Sarah S. Mattingly

hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

FREEDOM MORTGAGE CORPORATION

On _____10/13/2011_____ (date), I was admitted to practice and presently in good standing in the

_____Commonwealth of Kentucky_____ (court).  A certificate of good standing from that court is

submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court.  (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date:_____06/17/2026_____          Signature of Applicant: /s/ _____

**Pro Hac Vice Attorney**

Applicant's Name: Sarah S. Mattingly

Law Firm Name: Dinsmore & Shohl, LLP

Address: 101 South Fifth Street

Suite 2500

City: Louisville   State: KY   Zip: 40202

Phone Number w/Area Code: (859) 425-1096

City and State of Residence: Vine Grove, KY

Primary E-mail Address: sarah.mattingly@dinsmore.com

Secondary E-mail Address: brooke.hudson@dinsmore.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: George A. Rios, III

Law Firm Name: Dinsmore & Shohl, LLP

Address: 655 West Broadway

Suite 800

City: San Diego   State: CA   Zip: 92101

Phone Number w/Area Code: (619) 400-0465   Bar # 303099

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 6/22/2026

JUDGE, U.S. DISTRICT COURT



**M. Katherine Bing**
**Clerk**

**OFFICE OF THE CLERK**
**SUPREME COURT OF KENTUCKY**
**669 CHAMBERLIN AVE, SUITE A104**
**FRANKFORT, KENTUCKY 40601**

**Telephone:**
**(502) 564-4720**
**FAX:**
**(502) 564-5491**

## C E R T I F I C A T I O N

I, M. Katherine Bing, Clerk of the Supreme Court of Kentucky, do hereby certify the records in this office show that _____ Sarah S. Mattingly _____ having met the necessary requirements for admission to the Bar, took the oath prescribed by the Constitution of this Commonwealth on _____ October 13, 2011 _____, and thereupon was admitted to practice as an attorney before this and all other courts of the Commonwealth of Kentucky, and certify that _____ Sarah S. Mattingly _____ is an attorney at law in good standing, as such, in all the courts of the Commonwealth.

I further certify that the Supreme Court is the Court of highest jurisdiction for the Commonwealth of Kentucky.

Done at Frankfort, Kentucky this _____ 22nd _____ day of _____ January _____, 2026.

M. KATHERINE BING
CLERK

By: _Karen Cohe_____

Deputy Clerk

# KENTUCKY BAR ASSOCIATION

**514 WEST MAIN STREET**
**FRANKFORT, KENTUCKY 40601-1812**
**(502) 564-3795**
**FAX (502) 564-3225**
**www.kybar.org**

**OFFICERS**
Todd V. McMurtry
President

Matthew P. Cook
President-Elect

J. Tanner Watkins
Vice President

Rhonda J. Blackburn
Immediate Past President

Kyle R. Bunnell
Chair, Young Lawyers Division

**EXECUTIVE DIRECTOR**
John D. Meyers

**BOARD OF GOVERNORS**
Amelia M. Adams
Douglas G. Benge
Miranda D. Click
Jennifer M. Gatherwright
William M. "Mitch" Hall, Jr.
Sheila P. Hiestand
Sarah Hay Knight
LaToi D. Mayo
Stephanie McGehee-Shacklette
Susan D. Phillips
Ryan C. Reed
James A. Sigler
Catherine D. Stavros
Matthew C. Tierney



## THIS IS TO CERTIFY THAT

### SARAH S MATTINGLY

*Dinsmore & Shohl LLP*
*101 South Fifth St., Suite 2500*
*Louisville, Kentucky 40202*

### Membership No. 94257

*is an active member in good standing with the Kentucky Bar Association as required by the Rules of the Supreme Court of Kentucky. No record of any complaints or charges of any kind having been preferred against this member. Dated this 21st day of January, 2026.*

**JOHN D. MEYERS**
**REGISTRAR**

By: _Michele M. Pogrotsky_

**Michele M. Pogrotsky, Deputy Registrar**